# United States Court of Appeals
### For the Eighth Circuit

_____

No. 25-1961

_____

United States of America

*Plaintiff - Appellee*

v.

Joey Matthew Loesel

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Northern District of Iowa - Cedar Rapids

_____

Submitted: September 10, 2025
Filed: September 15, 2025
[Unpublished]

_____

Before BENTON, SHEPHERD, and STRAS, Circuit Judges.

_____

PER CURIAM.

Joey Loesel appeals after the district court[1] revoked his supervised release and sentenced him to 6 months in prison and 2 years of supervised release. His counsel

---

[1]The Honorable C.J. Williams, Chief Judge, United States District Court for the Northern District of Iowa.

has moved for leave to withdraw, and has filed a brief challenging the imposition of the additional term of supervised release.

After careful review of the record, we conclude that the district court did not abuse its discretion in sentencing Loesel, as it properly considered the relevant 18 U.S.C. § 3553(a) factors; there was no indication that it overlooked a relevant factor, or committed a clear error of judgment in weighing relevant factors; and the additional term of supervised release was below the statutory limit. <u>See</u> 21 U.S.C. § 841(b)(1)(A) (maximum supervised release term is life); <u>United States v. Miller</u>, 557 F.3d 910, 915-18 (8th Cir. 2009) (substantive reasonableness of revocation sentence is reviewed under deferential abuse-of-discretion standard); <u>see also</u> <u>United States v. White Face</u>, 383 F.3d 733, 740 (8th Cir. 2004) (district court need not mechanically list every § 3553(a) factor when sentencing defendant upon revocation; all that is required is consideration of relevant matters and some reason for court's decision).

Accordingly, we grant counsel's motion to withdraw, and affirm.

_____